Arthur D. **SHELTON**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 37558.

Missouri Court of Appeals,
Western District.

Oct. 28, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions of robbery in the first degree, § 569.020, RSMo 1978, and armed criminal action, § 571.015, RSMo 1978, and sentence to concurrent twenty-year terms of imprisonment.

Judgment affirmed. Rule 84.16(b).

CLARK, C.J., and LOWENSTEIN, J., concurs.